IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Johnson, Walter D | Case Number: 05 B 05342 |
|---|---|---|
| | Johnson, Karen | Judge: Wedoff, Eugene R |
| | Printed: 6/24/08 | Filed: 2/16/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 17, 2008
Confirmed: April 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 148,960.00 | |
| Secured: | | 121,920.97 |
| Unsecured: | | 13,401.41 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 7,188.46 |
| Other Funds: | | 3,749.16 |
| Totals: | 148,960.00 | 148,960.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Domestic Bank | Secured | 0.00 | 0.00 |
| 4. | Resurgent Capital Services | Secured | 0.00 | 0.00 |
| 5. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 6. | Select Portfolio Servicing | Secured | 73,315.77 | 71,852.61 |
| 7. | NIH Federal Credit Union | Secured | 11,804.95 | 11,804.95 |
| 8. | Wells Fargo Financial National Bank | Secured | 1,597.40 | 1,597.40 |
| 9. | Select Portfolio Servicing | Secured | 10,212.92 | 10,212.92 |
| 10. | Wells Fargo Fin Acceptance | Secured | 26,453.09 | 26,453.09 |
| 11. | NIH Federal Credit Union | Unsecured | 1,554.17 | 6,990.49 |
| 12. | Wells Fargo Fin Acceptance | Unsecured | 1,003.33 | 4,512.89 |
| 13. | RoundUp Funding LLC | Unsecured | 40.63 | 182.76 |
| 14. | American Express | Unsecured | 170.05 | 892.09 |
| 15. | Resurgent Capital Services | Unsecured | 43.50 | 228.22 |
| 16. | Wells Fargo Financial National Bank | Unsecured | 132.27 | 594.96 |
| 17. | Great Eastern Resort | Secured | | No Claim Filed |
| 18. | Domestic Bank | Unsecured | | No Claim Filed |
| 19. | Great Eastern Resort | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 129,028.08 | $ 138,022.38 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 627.19 |
| 3% | 352.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Johnson, Walter D | Case Number:  05 B 05342 |
| Johnson, Karen | Judge:  Wedoff, Eugene R |
| Printed:  6/24/08 | Filed:  2/16/05 |

|  |  |
|---:|---:|
| 5.5% | 1,940.41 |
| 5% | 588.00 |
| 4.8% | 1,128.83 |
| 5.4% | 2,540.13 |
| 6.5% | 11.10 |
|  | _____ |
|  | $ 7,188.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

